**Order filed June 4, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01019-CV
_____

**NEWELL M. EVANS, Appellant**

**V.**

**THEODORE P. FULLER, Appellee**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-187877**

## O R D E R

A supplemental clerk's record on indigence was filed May 28, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's order on indigence.

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before **June 18, 2015**, containing the trial court's order on indigence.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM